No. 17–0317/AF. U.S. v. Jaren T. Bishop. CCA 38879. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to April 18, 2017.